IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGIE HRADIL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiffs, | § § | CIV. NO.: 5:19-cv-102-DAE |
| v. | § § | |
| PETROLEUM WHOLESALE, L.P. & SUNMART, INC., | § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION TO FILE CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT UNDER SEAL

Before the Court is the parties' Joint Motion to File Confidential Release and Settlement Agreement Under Seal. The Court finds the Motion is well taken and should be granted.

It is therefore ORDERED that the Parties' Joint Motion to File Confidential Release and Settlement Agreement Under Seal is GRANTED. The Court, accordingly, directs the District Clerk to file the Confidential Release and Settlement Agreement under seal for approval by the Court.

SIGNED ___29ᵗʰ___ day of June, 2020.

DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE