IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANGIE HRADIL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>PETROLEUM WHOLESALE, L.P. & SUNMART, INC.,<br><br>Defendants. | CIV. NO.: 5:19-cv-102-DAE |

## ORDER GRANTING JOINT MOTION TO APPROVE CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT AND TO DISMISS WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Approve Confidential Release and Settlement Agreement and to Dismiss with Prejudice. The Court finds the Motion is well taken and should be granted.

It is therefore ORDERED that the Parties' Joint Motion to Approve Confidential Release and Settlement Agreement is GRANTED, and the Confidential Release and Settlement Agreement is hereby APPROVED.

It is further ORDERED that the Parties' Joint Motion to Dismiss with Prejudice is GRANTED, and this matter and the claims stated therein ARE HEREBY DISMISSED WITH PREJUDICE.

SIGNED __30__ day of June, 2020.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE